Cynthia JILES, Appellant,

v.

Eric K. SHINSEKI; Secretary, Department of Veterans Affairs, Appellee.

No. 10–2212.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 19, 2010.

Filed: Aug. 24, 2010.

Cynthia Jiles, Sweet Home, AR, pro se.

Before WOLLMAN, MELLOY and GRUENDER, Circuit Judges.

PER CURIAM.

Cynthia Jiles appeals the district court's[1] preservice dismissal of her employment-discrimination action. Upon *de novo* review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we agree with the district court that the complaint failed to state a claim, *see Ashcroft v. Iqbal,* — U.S. ——, 129 S.Ct. 1937, 1950–52, 173 L.Ed.2d 868 (2009) (assuming veracity of well-pleaded factual allegations, court should determine whether they plausibly give rise to entitlement to relief). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.